IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORENE ZILISH,

    Plaintiff,

v.

R.J. REYNOLDS TOBACCO COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-474-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant R.J. Reynolds Tobacco Company granting its motion for summary judgment and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

6/21/11
Date